BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         blake.russum@rmkb.com

Attorneys for Plaintiffs
LIBERTY INSURANCE CORPORATION; LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RHEA BABB, GAYE TOMITA, and DOES 1-15, inclusive,<br><br>Defendants. | Case No.  4:18-cv-06133 RS<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between the Plaintiffs, LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY, and Defendants RHEA BABB and GAYE TOMITA, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

//

//

| | | |
|---|---|---|
| Dated: | September 5, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ *Blake J. Russum*
    BLAKE J. RUSSUM
    Attorneys for Plaintiffs
    LIBERTY INSURANCE CORPORATION;
    LIBERTY MUTUAL INSURANCE
    COMPANY

Dated: September 5, 2019    SHANE LAW FIRM

By: /s/ *David R. Shane*
    DAVID R. SHANE
    Attorneys for Defendant
    GAYE TOMITA

Dated: September 5, 2019    WILLOUGHBY, STUART, BENNING & COOK

By: /s/ *Ronald J. Cook*
    RONALD J. COOK
    Attorneys for Defendant
    RHEA BABB

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal, and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: September 9, 2019

_____
United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City